UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61212-CIV-DIMITROULEAS

WOODROW W. POWER, individually on behalf of
himself and on behalf of others similarly situated,

    Plaintiffs,

v.

INSURANCE OFFICE OF AMERICA, INC., a Florida
Corporation, IOA GROUP, LLC, a Florida Limited Liability
Company, GRACE CHURCH OF GREATER ORLANDO,
INC., a Florida not-for-profit Corporation, SHELDRICK,
MCGEHEE & KOHLER, LLC, a Florida Limited Liability
Company, JOHN HARROLD, a Florida Resident, WANDA
HARROLD, a Florida Resident, ANTHONY GRIECO, a
New Jersey Resident, MARK MANFRE, a Florida Resident,
HEATH RITENOUR, a Florida Resident, JOHN K. RITENOUR,
a Florida Resident, VALLI S. RITENOUR, a Florida Resident,
ROB MOTLEY, a South Carolina Resident, BRUCE EADES, a
Georgia Resident, JOHN WICK, a Florida Resident, JEFF LAGOS,
a Florida Resident, TINA CHOINIERE, a Florida Resident,
BRIAN MORAN, a Florida Resident, LISA QUINTERO, a Florida
Resident, BETH SCHICK, a Florida Resident, GREGORY MASTERS,
a Florida Resident, THOMAS MEYERS a/k/a CHIP MEYERS, a
Florida Resident, DON CLARK WHITTEN, a Florida Resident,
GEORGE ANTHONY TATUM, a Florida Resident, JESS WIGHT,
a Florida Resident, STEVEN ROSENBLOOM, a Florida Resident,
STEVEN SMITH, a Florida Resident, and JOHN DOE(S) an
unknown person(s),

    Defendants.
_____/

## **ORDER APPROVING VOLUNTARY DISMISSAL**

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice (the "Notice") [DE 4], filed herein on June 22, 2020. The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

1

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 4] is hereby **APPROVED**.

2. This case is **DISMISSED** without prejudice.

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 23rd day of June, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: Counsel of Record